# Third District Court of Appeal
## State of Florida

Opinion filed February 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1784
Lower Tribunal No. F02-18123A
_____

**Jamie Maurice Desire,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

O'Brien Hatfield, P.A., and Olivia M. Goodman (Tampa), for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and SCALES and MILLER, JJ.

PER CURIAM.

Affirmed.